UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---

NICOLE WIESEN,

                     Plaintiff,

       vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

                    Defendants.

---

Case No.: 1:21-cv-01490-TWT-RGV

**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

 

       Plaintiff Nicole Wiesen ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Equifax Information Services, LLC (collectively, the "parties"), and states as follows:

       1.     A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

       2.     The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC, and adjourn all deadlines and conferences.

DATED: August 13, 2021           **THE OAKS FIRM**

 

                                      */s/ Misty Oaks Paxton, Esq.*
                                      MISTY OAKS PAXTON, ESQ.
3895 Brookgreen Point
Decatur, Georgia 30034
Tel: (404) 725-5697
attyoaks@yahoo.com