UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| NICOLE WIESEN,<br><br>      Plaintiff,<br>vs.<br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>  DEFENDANTS. | Case No.: 1:21-cv-01490-TWT-RGV<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Experian Information Solutions, Inc. only shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: September 27, 2021  **THE OAKS FIRM**

                */s/ Misty Oaks Paxton*
                Misty Oaks Paxton, Esq.
                3895 Brookgreen Point
                Decatur, Georgia 30034
                (404) 500-7861
                attyoaks@yahoo.com

                **LAW OFFICE OF MOSHE BOROOSAN, P.C.**
                MOSHE O. BOROOSAN
                1235 East 34th Street
                Brooklyn, NY 11210
                (404) 857-6229
                moshe@boroosanlaw.com

                *Attorneys for Plaintiff Nicole Wiesen*

DATED: September 27, 2021  **JONES DAY**

                */s/ Rebecca M. Nocharli*
                REBECCA M. NOCHARLI (Ga. Bar No. 633621)

1

1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
(404) 581-3939
rnocharli@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*