UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

---------------------------------------------------------------x
NICOLE WIESEN,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendant.
---------------------------------------------------------------x

Case No. 1:21-cv-01490-TWT-RGV

**STIPULATION OF DISMISSAL WITH EQUIFAX INFORMATION SERVICES, LLC AND [PROPOSED] ORDER**

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Equifax Information Services, LLC only shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  October 1, 2021        **THE OAKS FIRM**

                                        /s/ Misty Oaks Paxton
                                  MISTY OAKS PAXTON

The Oaks Firm
3895 Brookgreen Pt.
Decatur, GA 30034
404-500-7861
Fax: .
Email: attyoaks@yahoo.com

*Attorneys for Plaintiff Nicole Wiesen*

1

DATED:  October 1, 2021  **SEYFARTH SHAW**

/s/ Lindsay Anglin Fleming
LINDSAY ANGLIN FLEMING

Seyfarth Shaw, LLP-Atl
Suite 2500
1075 Peachtree Street NE
Atlanta, GA 30309
404-885-6764
Email: lafleming@seyfarth.com

*Attorneys for Defendant Equifax Information Services, LLC*

SO ORDERED:

_____
JUDGE, U.S. District Court
Middle District of Georgia